IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RODNEY HITCHLER, Special Administrator of the Estate of Ryan Alan Hitchler, | ) ) ) ) | 4:11CV3188 |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| UNITED STATES OF AMERICA, acting through the United States Air Force and/or the United States Department of the Military and/or the Department of the Air Force, DIAMOND SAWING & CORING LLC, and PEERLESS INSURANCE COMPANY, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

     IT IS ORDERED that the motion for enlargement of time filed jointly by Plaintiff and Defendants Diamond Sawing & Coring, LLC, and Peerless Insurance Company (filing 22) is granted, as follows:

     The deadline for filing responses to Defendant United States' motion to dismiss (filing 17) is extended to June 1, 2012.

     DATED this 12th day of March, 2012.

                          BY THE COURT:

                          *Richard G. Kopf*
                          Senior United States District Judge