IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RODNEY HITCHLER, Special Administrator of the Estate of Ryan Alan Hitchler, | ) ) ) ) | 4:11CV3188 |
| Plaintiff, | ) ) | |
| | ) | MEMORANDUM AND ORDER |
| v. | ) ) | |
| UNITED STATES OF AMERICA, et. al., | ) ) | |
| Defendants. | ) | |

IT IS ORDERED:

The motion to withdraw filed by Michelle D. Epstein as counsel of record on behalf of Defendants Diamond Sawing & Coring LLC and Peerless Insurance, (filing no. 28), is granted.

DATED this 2nd day of April, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge